AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

FILED

Civil Action No.  3:12-cv-1080-J-25PDB

**PROOF OF SERVICE**

2014 NOV 21  AM 10: 29

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

MIDDLE ... CKSONVILLE, FLORIDA

This summons for *(name of individual and title, if any)*  George Liviu ~~Kisslev~~

was received by me on *(date)*  11/7/14 .

☒ I personally served the summons on the individual at *(place)*  132 e. Madison Street
Starke, FL 32091                    on *(date)*  11/7/14 @ 10:55 AM  or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.


Date:  11/7/14

R. Ryan Gleason
*Server's signature*

R. Ryan Gleason, Process Server
*Printed name and title*

1330 NW 6th St. Ste D Gainesville, FL 32601
*Server's address*

Additional information regarding attempted service, etc: